IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
_____ DIVISION

Lashanda T Johnson-Ingram
(Print your full name)

Plaintiff *pro se*,

v.

City of Union City, GA
City of Union City Police Department
City of Union City Human Resource Department
(Print full name of each defendant; an employer is usually the defendant)

Defendant(s).

CIVIL ACTION FILE NO.

1:22-CV 2402

(to be assigned by Clerk)

## *PRO SE* EMPLOYMENT DISCRIMINATION COMPLAINT FORM

### Claims and Jurisdiction

1. This employment discrimination lawsuit is brought under (check only those that apply):

    ☑ Title VII of the Civil Rights Act of 1964, 42 U.S.C. §§ 2000e et seq., for employment discrimination on the basis of race, color, religion, sex, or national origin, or retaliation for exercising rights under this statute.

    **NOTE**: To sue under Title VII, you generally must have received a notice of right-to-sue letter from the Equal Employment Opportunity Commission ("EEOC").

_____   Age Discrimination in Employment Act of 1967, 29 U.S.C. §§ 621 et seq., for employment discrimination against persons age 40 and over, or retaliation for exercising rights under this statute.

> **NOTE**: To sue under the Age Discrimination in Employment Act, you generally must first file a charge of discrimination with the EEOC.

_____   Americans With Disabilities Act of 1990, 42 U.S.C. §§ 12101 et seq., for employment discrimination on the basis of disability, or retaliation for exercising rights under this statute.

> **NOTE**: To sue under the Americans With Disabilities Act, you generally must have received a notice of right-to-sue letter from the EEOC.

_____   Other (describe) _____

_____

_____

_____

_____

2.  This Court has subject matter jurisdiction over this case under the above-listed statutes and under 28 U.S.C. §§ 1331 and 1343.

## Parties

3. Plaintiff.  Print your full name and mailing address below:

   Name    Lashanda Johnson-Ingram

   Address   3404 Lakeside Way
            Newnan, GA 30265

4. Defendant(s).  Print below the name and address of each defendant listed on page 1 of this form:

   Name    City of Union City, GA

   Address   5047 Union Street
            Union City, GA 30291

   Name    City of Union City, GA Police Department

   Address   5060 Union St
            Union City, GA 30291

   Name    City of Union City, GA Human Resource Department

   Address   5047 Union St
            Union City, GA 30291

## Location and Time

5. If the alleged discriminatory conduct occurred at a location different from the address provided for defendant(s), state where that discrimination occurred:

   _____

   _____

6. When did the alleged discrimination occur? (State date or time period)

From March 2020 - August 2021

## Administrative Procedures

7. Did you file a charge of discrimination against defendant(s) with the EEOC or any other federal agency?   ✓ Yes     ___ No

   If you checked "Yes," attach a copy of the charge to this complaint.

8. Have you received a Notice of Right-to-Sue letter from the EEOC?

   ✓ Yes     ___ No

   If you checked "Yes," attach a copy of that letter to this complaint and state the date on which you received that letter: 5/10/2022

9. If you are suing for **age discrimination**, check one of the following:

   _____ 60 days or more have elapsed since I filed my charge of age discrimination with the EEOC

   _____ Less than 60 days have passed since I filed my charge of age discrimination with the EEOC

10. If you were employed by an agency of the State of Georgia or unsuccessfully sought employment with a State agency, did you file a complaint against defendant(s) with the Georgia Commission on Equal Opportunity?

   \_\_\_\_ Yes   \_\_\_\_ No   \_✓\_ Not applicable, because I was not an employee of, or applicant with, a State agency.

   If you checked "Yes," attach a copy of the complaint you filed with the Georgia Commission on Equal Opportunity and describe below what happened with it (i.e., the complaint was dismissed, there was a hearing before a special master, or there was an appeal to Superior Court):

   _____

   _____

   _____

   _____

11. If you were employed by a Federal agency or unsuccessfully sought employment with a Federal agency, did you complete the administrative process established by that agency for persons alleging denial of equal employment opportunity?

   \_\_\_\_ Yes   \_\_\_\_ No   \_✓\_ Not applicable, because I was not an employee of, or applicant with, a Federal agency.

   If you checked "Yes," describe below what happened in that administrative process:

   _____

   _____

   _____

   _____

## Nature of the Case

12. The conduct complained about in this lawsuit involves (check only those that apply):

    _____ failure to hire me
    _____ failure to promote me
    _____ demotion
    _____ reduction in my wages
    _____ working under terms and conditions of employment that differed from similarly situated employees
    __✓__ harassment
    _____ retaliation
    _____ termination of my employment
    _____ failure to accommodate my disability
    _____ other (please specify) _____

13. I believe that I was discriminated against because of (check only those that apply):

    _____ my race or color, which is _____
    _____ my religion, which is _____
    __✓__ my sex (gender), which is  _____ male   __✓__ female
    _____ my national origin, which is _____
    _____ my age (my date of birth is _____)
    _____ my disability or perceived disability, which is:

    _____

    _____ my opposition to a practice of my employer that I believe violated the federal anti-discrimination laws or my participation in an EEOC investigation

    _____ other (please specify) _____

14. Write below, as clearly as possible, the essential facts of your claim(s). Describe specifically the conduct that you believe was discriminatory or retaliatory and how each defendant was involved. Include any facts which show that the actions you are complaining about were discriminatory or retaliatory. Take time to organize your statements; you may use numbered paragraphs if you find that helpful. Do not make legal arguments or cite cases or statutes.

_Attached Pages 1-5_

(Attach no more than five additional sheets if necessary; type or write legibly only on one side of a page.)

1

**I was discriminated against by being the only female Code Enforcement Officer during these listed incidents, given more assignments and higher expectations verses the expectations of the male code enforcement officer, including the chief code enforcement officer. I was required to complete the same assigned tasks as the male officers but they were not required to complete tasks. My input to the department was always dismissed by the male officers and after approved by upper management staff, the male officers would delete my work. I was not included in several department meetings that important information was shared, that the male officers would have without me. The harassment and discriminatory actions caused a great deal of stress, which also lead to me being sexual harassed by my direct supervisor male code enforcement officer who was never disciplined.**

From March 2020 to my resignation in August 2021 during my return to work for the City of Union City, Police Department under Code Enforcement, I was employed as the only female Code Enforcement Officer II, in the code enforcement department. At the time of my employment there were 2 male code enforcement officers (Jonathan Speas and Jovonnie Freeman) 1 male code enforcement chief (Terry Stephens) who was our direct supervisor, and we all reported to a male police lieutenant (Roderick Pittman). I had been working under supervisor Terry Stephens with coworkers Jovonnie Freeman, whom both has caused my working environment to be hostile. Along with the hostility, I endured manipulation, bullying and sexism from the actions of both Stephens and Freeman, and sexual harassment from Terry Stephens. I discussed these issues with the supervisor of the City of Union City Police Department, code enforcement, Lieutenant Roderick Pittman, the Chief of the City of Union City Police Department Cassandra Jones, the City of Union City Police Department Captains Gloria Hodgson and Michael Jones, and the director of the City of Union City Human Service Department Linda Goodman.

**March 2020**, Terry Stephens, Jovonnie Freeman and Jonathan Speas had a code enforcement meeting, in which they did not include me, and they scheduled a meeting with the chief of police in regards to the meeting that was held. I was informed about the email with the chief when the captain of the police department emailed all 4 of the code enforcement officers (Jonathan Speas, Terry Stephens, Jovonnie Freeman, and me) stating the time the chief would be available to meet with us. During the meeting with the chief, the male code enforcement officers informed that the code enforcement officers all agreed to change the work day to 10 hours, like the police officers schedules were at that time. I spoke up in the meeting and advised the chief that I was not aware of that information nor did I agree to the schedule change. At this time the chief advised all of code enforcement officers that they need to include everyone in meetings. There were several times after this incident the male officers, Terry Stephens and Jovonnie Freeman had code enforcement meetings amongst each other and with Lieutenant Pittman without including me (Officer Jonathan Speas was off work due to an injury from the beginning of April 2020- approximately August 2021).

I was taunted and harassed by Terry Stephens and Jovonnie Freeman from March 2020-November 2020. The City of Union City had placed a mandate policy due to COVID that everyone was to wear there mask when they were in the buildings and outside their office. Freeman and Stephens, who both refused to wear a mask when we are in our office, which is an open bay. I asked them to wear their masks, however their reasons to not wearing their mask was that, we were 6 feet apart. We worked in an open bay where staff was constantly coming in and out. While I would be doing my work at my desk Freeman and Stephen would cough, blow their nose and at one point Freeman came to a bookshelf less than 6 ft from my desk, mask less and started coughing by me. However, if and when the Police Chief Jones would come in the office, both Freeman and Stephens would immediately put their masks on. In July 2020, Stephens and Freeman both called me to tell me that Lieutenant Pittman stated we could leave early due to the holiday. When the City of Union City Police Department administrative Mrs. Emma Thompson was doing the timesheets the following week she asked me why I left early and I told her why. She said since we got the hazardous pay, we could not leave early. I called Lieutenant Pittman and told him what was said to me by Freeman and Stephens, and he stated they did not tell me the whole conversation during their code enforcement meeting (which I was not aware of, not included) he had with them and that he knew we could not leave early before the holiday. Freeman and Stephens (my immediate supervisor) both intentionally called me with the false information.

There have been a few instances where both supervisors Stephens and Pittman were present to witness the dismissal of my input to the team, when I was included in meetings. When I would began to make a suggestion Freeman would immediately dismissed my input. I went Captain Hodgson in July 2020 to discuss with her how I've been treated and dismissed by Freeman when I make suggestions that will benefit our department. Captain Hodgson stated to me "Sometime men don't think women should be smarter than them and if a woman suggests something they won't accept it, but they will accept it from a man."

In one incident we all (myself, Freeman and Stephens) were instructed by Pittman and the Director of Community Development Ellis Still, for each of us to gather information regarding the forms for code enforcement erosion control inspections. Freeman, Stephens, Pittman and myself had a meeting, from my understanding the meeting was a follow up meeting from the meeting we had with Community Development Director Ellis Still from July regarding implementing the new forms. This meeting started out with the discussing the forms, I was the only one who presented the team with forms. Everyone was sitting at their desk throughout out the meeting until Freeman stood up aggressively and with rage pointing in at me, and began very loudly with hostility ranting and raving about how he didn't like how they brought me back, the way they brought me back was all wrong. Not one time during this rant did either supervisor tell him to sit or calm down. All of this was said with hostility and aggression towards me and he began to speak about communication and addressed everyone by their name and addressed me by her(pointing) a couple of times before he stated I'm not going to call her, her anymore, I'm

going to call her Johnson. Both of my supervisors sat there and allowed this disrespect and condescending behavior to be directed towards me. Pittman's response to Freeman after he was done, was telling him that the agency has a HR department that he can go to regarding that issue. I was so uncomfortable after this incident that I was fearful of what Freeman and Stephens would do and what would happen next, so I went to the Chief of Police to request a meeting, who addressed these issues with code enforcement staff.

Both Freeman and Stephens were doing undermined acts, which has made my job harder. Stephens and Freeman allowed contractors to leave a neighborhood in the City without cleaning their construction debris and areas, which is against the City's standards and policy. I would be instructed by Pittman to reach out to the developers to have them clean up the area, although this was a work site Freeman and Stephens were assigned to. Stephens and Freeman would contact the developers and advised them that they did not have to clean up the area since they are no longer at the site, after I would contact the developers and advised them they needed to clean the area. Stephens would also assign me to do tasks in Freeman's assigned work area which made my workload larger than the both of theirs.

**August 2020** code enforcement had several follow up meetings that sometimes included the Director of Community Development Ellis Still. During these meeting I was the only one who provided forms for review, which we had a deadline. Stephens nor Freeman would provide input or forms during any of the meetings. I asked Pittman why am I the only person providing documentation during the meetings, when we were all instructed to do so. Pittman would say he did not know. It came to the point where Mr Still approved the forms I presented and so did Pittman. These forms were submitted to the vendor for code enforcement to begin using them. Once the forms were in the system Stephens and Freeman was furious and Stephens called me and told me I had no right to change anything. Ellis Still who approves forms to be implemented into the vendors system and the Lieutenant Pittman who was over the Code Enforcement Department both approved those forms to be used. Stephens and Freeman called the vendor and had the forms that were approved deleted. I spoke with Pittman regarding these forms ad changes and even though he has mentioned several times we would use the forms Mr. Still approved, he said we would use the new form Freeman had use to replace the one I edited and was approved. He said it has the same things my form had but they added a few things. I asked him, if it was the same why was my approved form deleted and Freeman, could have added what was missing? I didn't get a response. Mr. Still who approves the forms, had no idea the forms I provided to him was deleted, nor did he see or approve the forms Freeman submitted. Mr. Still asked me why did Pittman allow Freeman and Stephens to delete the forms from the system and I explained to him, that he would have to ask Pittman.

**September 2020**, twice a year there is code enforcement conference for training in March and September. When I came back it was too late to register me for the March spring conference so Pittman I would go in the fall since Freeman and Speas went in March. 9/17/2020 Pittman stated he was going to register Freeman and me for the training. I told him that it's probably too late and there will be a late fee (this was stated in Mrs. Emma Thompson's office and she was present). Before I left that evening I asked Pittman if was able to register us and he stated yes. The next day I received

an email stating he could not register us and Chief Jones stated the City was not allowing anyone to go face to face conferences due to COVID. Pittman approved the paperwork for Freeman to attend the training and he was allowed to go.

**April 2021**, Stephens and I was in the office working. I try to be cordial and engage in brief work related conversations. Stephens was telling me about his son in Texas was getting a divorce. I asked him if it was his son, who son just graduated from high school. He said yes and started telling me how his daughter in law was feeling and so on. As we was discussing he son he was telling me that his son was cheating on his wife, then he said and he has sex in her bed. I stopped and looked at him, in disbelief and I said what. He said he comes home and have sex with her in their bed. I turned my head, finished what I was doing and left the office.

**April 2021**, Stephens, myself, a State of Georgia representative from Environmental Protection Divison (EPD) and a Union City resident was at Valley Lake Subdivision following up on a complaint. While the EPD representative and the resident was talking, Stephens and I was a few feet away from them discussing the complaint. Stephens was standing in front of me, then he reached crossed my left shoulder and groped my shoulder and stated there was a bug on me. He did not swap the alleged bug off my shoulder, he groped my shoulder, although we had on masks, I frowned and my facial expression still showed my anger. Later that day when we was getting off work, Stephens droved to my vehicle and asked me if I was offended when he touched me today. I said absolutely. Stephens then responded by saying, that there was a bug on me and he wasn't going to let anything hurt me. This was very disturbing to me and made me feel uncomfortable and violated.

**May 2021**, Stephens text and called me regarding some complaints from one of my sites and area of supervision. I text him back and told him I would contact the site representative. Later that day I called Stephens to tell him that I did contact the site representative and the resident. We also discussed a complaint that I received in his area. I made a comment telling Terry it must be complaint Tuesday. We continued to discuss the issues, then he started calling me honey and sweetie, then I ended the conversation. The way he was saying honey and sweetie to me made me very uncomfortable. Terry Stephens did hug me previously in 2017 when I worked as Code Enforcement Officer previously for the City of Union City, and was told not to touch me. In 2017, he hugged me more than once and attempted to do it again even though I told him not too. Jonathan Speas was presence when I told Terry Stephens not to hug me and when he did it again after he was told not to. Stephens was also addressed by Captain Hodgson regarding this issue in 2017.

These incidents were reported to Captain Michael Jones and HR on June 1, 2021. Pittman did move Stephens to another building and advised me he was not to come to the Police Station where the Code Enforcement office was located, unless upper management was present. HR director Linda Goodman sustained my claim June 10, 2021 with evidence of verbal, physical/ visual conduct regarding Stephens and recommended Stephens attend sexual harassment training and a written reprimand. Stephens, myself and administrative staff at the police department had sexual harassment training in December 2020,. We had 3 mandatory sexual harassment trainings, which Terry Stephens attended all 3. The HR Director Linda Goodman is aware Terry Stephens attended the mandatory trainings in December 2020, March 12, 2021 and April 29, 2021. All Union City Police staff had to

5

sign a document that Lieutenant Melvin Echols issued us for the April 29, 2021 sexual harassment training. Lieutenant Barry Walker took a roll call, which listed everyone from the Police Department who was on the zoom sexual harassment training on April 29, 2021 and emailed it to the Chief of Police and HR director Linda Goodman, everyone in attendance was included on the email Lieutenant Walker sent to HR Linda Goodman.

I was advised by Lieutenant Pittman and Captain Michael Jones that Terry Stephens was to work from the Gathering Place and was not going to be at the Police Department. There were several occasions when I needed to go in the office and Terry Stephens was at the Police Department after his move to the Gathering Place. I would wait in the work truck until Terry would leave. I informed HR, Linda Goodman and Lt Pittman of this issue. I was told by Lt Pittman and Linda Goodman, that Terry was not supposed to be at the Police Department at all.

**July 2021**, Stephens was at the Police Department so I waited outside in my work truck. He came out the building with another employee and was at least 10ft away from my truck. Stephens was standing with the staff member by the tree and kept waving trying to get my attention. This incident was reported to Lieutenant Pittman and HR Director Linda Goodman.

**August 2021**, Terry Stephens was at the police department once again, I waited for 15-20 minutes for him to leave so I could go in my assigned desk area and print out and complete my job duties.

The hostile work environment I endured caused a great deal of stress and turmoil on me at work and in my personal life. The work environment was so stressful I had to seek therapy for depression, anxiety and sleeping issues. I was going back and forth to Urgent Care facilities and my doctor due to the results of the stress related issues from work that caused other stressed related health issues. My medical professionals and therapists advised me to seek other employment due to the stress I was enduring in order for me to completely heal. HR Director Linda Goodman was advised of how the work related stress was affected me mentally and physically in October 2020.

**September 2021** It was medically necessary for me to resign immediately due to I was still dealing with a hostile work environment that was causing a great deal of stress and affecting my work life and persona life.

15. Plaintiff ____ still works for defendant(s)
    ✓ no longer works for defendant(s) or was not hired

16. If this is a disability-related claim, did defendant(s) deny a request for reasonable accommodation? ____ Yes ____ No

    If you checked "Yes," please explain: N/A

17. If your case goes to trial, it will be heard by a judge <u>unless</u> you elect a jury trial. Do you request a jury trial? ✓ Yes ____ No

## Request for Relief

As relief from the allegations of discrimination and/or retaliation stated above, plaintiff prays that the Court grant the following relief (check any that apply):

____ Defendant(s) be directed to _____

✓ Money damages (list amounts) $3.25 million dollars

✓ Costs and fees involved in litigating this case

✓ Such other relief as my be appropriate

Page 8 of 9

## PLEASE READ BEFORE SIGNING THIS COMPLAINT

Before you sign this Complaint and file it with the Clerk, please review Rule 11 of the Federal Rules of Civil Procedure for a full description of your obligation of good faith in filing this Complaint and any motion or pleading in this Court, as well as the sanctions that may be imposed by the Court when a litigant (whether plaintiff or defendant) violates the provisions of Rule 11. These sanctions may include an order directing you to pay part or all of the reasonable attorney's fees and other expenses incurred by the defendant(s). Finally, if the defendant(s) is the prevailing party in this lawsuit, costs (other than attorney's fees) may be imposed upon you under Federal Rule of Civil Procedure 54(d)(1).

Signed, this  15th  day of  June , 20 22

_Lashanda J Johnson-Ingram_
(Signature of plaintiff *pro se*)

Lashanda T Johnson-Ingram
(Printed name of plaintiff *pro se*)

3404 Lakeside Way
(street address)

Newnan, GA 30265
(City, State, and zip code)

Lashanda32@gmail.com
(email address)

314-322-2713
(telephone number)