IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

Lashanda T Johnson-Ingram,

              Plaintiff,

                                      Case No. 1:22-cv-2402-MLB

v.

City of Union City, GA, City of
Union City Police Department, and
City of Union City Human
Resource Department,

              Defendants.

_____/

## **ORDER**

      This matter is before the Court on Magistrate Judge J. Elizabeth McBath's Non-Final Report and Recommendation ("R&R") (Dkt. 21). The R&R recommends granting Defendants' Motion to Dismiss (Dkt. 6). No one objects to the R&R.

      "It does not appear that Congress intended to require district court review of a magistrate's factual or legal conclusions, under a de novo or any other standard, when neither party objects to those findings." *Thomas v. Arn*, 474 U.S. 140, 150 (1985). But many district

courts still do conduct a limited review of unobjected-to portions of an R&R, typically for clear error. *See* Fed. R. Civ. P. 72(b) advisory committee's note (1983 Addition) ("When no timely objection is filed, the court need only satisfy itself that there is no clear error on the face of the record in order to accept the recommendation."). Even assuming that review is necessary here, the Court sees no clear error in the Magistrate Judge's conclusions. So the Court adopts the R&R.

The Court **ADOPTS** the Magistrate Judge's Non-Final Report and Recommendation (Dkt. 21), **GRANTS** Defendants' Motion to Dismiss (Dkt. 6), and **DISMISSES** Defendants City of Union City Police Department and City of Union City Human Resource Department.

**SO ORDERED** this 20th day of January 2023.

_____
MICHAEL L. BROWN
UNITED STATES DISTRICT JUDGE